# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **NORMA CAMPOS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. Case 5:17-cv-00156-OLG |
| **WELTMAN, WEINBERG & REIS CO., L.P.A.; and DOE 1-5,** | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff NORMA CAMPOS and defendant WELTMAN, WEINBERG & REIS CO., L.P.A. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by April 10, 2017, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

March 10, 2017

s/Robert Amador
_____
Robert Amador, Esq.
Attorney for Plaintiff Norma Campos
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, March 10, 2017, I caused a copy of the foregoing

Notice of Settlement to be mailed, First Class U.S. Mail, to the following parties:

WELTMAN, WEINBERG & REIS CO., L.P.A.
323 Lakeside Avenue W Suite 200
Cleveland, OH 44113

            s/Robert Amador

            _____
            Robert Amador, Esq.
            Attorney for Plaintiff Norma Campos
            Centennial Law Offices
            9452 Telephone Rd. 156
            Ventura, CA. 93004
            (888)308-1119 ext. 11
            (888) 535-8267 fax
            R.Amador@centenniallawoffices.com