UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **NORMA CAMPOS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WELTMAN, WEINBERG & REIS CO.,** )<br>**L.P.A.; and DOE 1-5,** )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. Case 5:17-cv-00156-OLG |

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro.41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

April 25, 2017

s/Robert Amador
_____
Robert Amador, Esq.
Attorney for Plaintiff Norma Campos
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

**CERTIFICATE OF SERVICE**

      I certify that on this date, April 25, 2017, I caused a copy of the foregoing

Notice of Settlement to be mailed, First Class U.S. Mail, to the following parties:

WELTMAN, WEINBERG & REIS CO., L.P.A.
323 Lakeside Avenue W Suite 200
Cleveland, OH 44113

                                                s/Robert Amador
                                                _____
                                                Robert Amador, Esq.
                                                Attorney for Plaintiff Norma Campos
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888)308-1119 ext. 11
                                                (888) 535-8267 fax
                                                R.Amador@centenniallawoffices.com